Date: 09/24/10                   DIVIDENDS REMITTED TO THE COURT                                  Page: 1

Case Number 09-11182 - PERKEY, SCOTT ERIC

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Oklahoma Natural Gas Company<br>PO Box 871<br>Tulsa OK 74105-0871 | 000005 | 81.26 | 2.10 |
| Oklahoma Natural Gas Company<br>PO Box 871<br>Tulsa OK 74105-0871 | 000006 | 153.87 | 3.99 |
| ---------- Remittance Total -------------- | | 235.13 | 6.09 |

*[signature]*
SUSAN MANCHESTER, Trustee